Law Offices Of
# LEE NUWESRA
One Grand Central Place
60 East 42nd Street, Suite 1027
New York, N.Y. 10165

TEL: (212) 370-8707
*FAX: (212) 370-8708
*SERVICE BY FAX OR EMAIL NOT ACCEPTED

**VIA ECF**

February 24, 2022

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re: *Jesus Martinez Gomez et al v. Tah Food Group Inc.et al*
          Case No: 21 Civ. 08051 (JPC)

Dear Judge Cronan:

     The undersigned attorney represents Defendants in the above referenced matter. I submit this letter pursuant to Your Honor's Individual Rule 3B. Counsel for the Parties have conferred, over the past week, and agreed to the following. That Defendants' Counsel would accept service of the Amended Summons and Complaint on behalf of Defendants. That Defendants would waive any defenses regarding proper service of the Amended Summons and Complaint. Said service was affected on the undersigned, on 2-22-2022.

     Moreover, Counsel for the Parties agreed that Defendants' time to answer or otherwise respond to Plaintiff's Amended Complaint be extended to 3-28-2022. Accordingly, it is respectfully requested that Your Honor approve the foregoing extension of time. This first request does not affect any other deadlines.

     We thank this Honorable Court for its consideration of this application.

                                              Respectfully Submitted,

                                                  /s/
                                           Lee Nuwesra, Esq.

LN:an
cc: Plaintiff's Counsel of Record (Via ECF)