EXHIBITS
A1 - A7



**Notice and Acknowledgement of Pay Rate and Payday/Aviso y reconocimiento de la tarifa de pago y del día de pago
Under Section 195.1 of the New York State Labor Law/En virtud del Artículo 195.1 de la Ley de Trabajo del estado de Nueva York
Notice for Hourly Rate Employees/Aviso para los empleados con tarifas por hora**

1. **Employer Information/Información del empleador**

   Name/Nombre: DUNES FOOD GROUP

   Doing Business As (DBA) Name(s)/Nombre comercial: CAFE DENICE

   FEIN (optional)/FEIN (opcional):

   Physical Address/Dirección física: 22 EAST 49TH. ST  N.Y N.Y 10017

   Mailing Address/Dirección postal: 15 WAVERLY PLACE  N.Y N.Y 10003

   Phone/Teléfono:

2. Notice given/Aviso entregado:
   - [x] At hiring/En la contratación
   - [ ] Before a change in pay rate(s), allowances claimed or payday/Antes del cambio en la tarifa de pago, asignaciones reclamadas o día de pago

3. Employee's rate of pay/Tarifa de pago del empleado:
   $ 13.00 per hour/por hora

4. Allowances taken/Asignaciones tomadas:
   - [x] None/Ninguna
   - [ ] Tips/Propinas _____ per hour/por hora
   - [ ] Meals/Comidas _____ per meal/por comida
   - [ ] Lodging/Alojamiento _____
   - [ ] Other/Otro _____

5. Regular payday/Día de pago regular: FRIDAY

6. Pay is/El pago es:
   - [x] Weekly/Semanal
   - [ ] Bi-weekly/Bisemanal
   - [ ] Other/Otro

7. Overtime Pay Rate/Tarifa de horas extras:
   $ 19.50 per hour/por hora (This must be at least 1½ times the worker's regular rate with few exceptions.)/(esto debe ser por lo menos 1 ½ veces la tarifa regular del trabajador, con algunas excepciones).

8. Employee Acknowledgement/Aceptación del empleado:
   On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is./En este día, he sido notificado sobre mi tarifa de pago, la tarifa de horas extras (si soy elegible), las asignaciones y el día de pago designado en la fecha que se presenta a continuación. Le informé a mi empleador cuál es mi idioma principal.

   Check one/Seleccione una opción:
   - [ ] I have been given this pay notice in English because it is my primary language./Se me proporcionó este aviso de pago en inglés porque ese es mi idioma principal.
   - [ ] My primary language is/Mi idioma principal es _____ I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language./Se me proporcionó este aviso de pago en inglés únicamente porque el Departamento de Trabajo aún no ofrece el formulario de aviso de pago en mi idioma principal.

   Jesus Martinez
   Print Employee Name/Nombre del empleado en letra de molde

   [signature]
   Employee Signature/Firma del empleado

   04-26-18
   Date/Fecha

   _____
   Preparer's Name and Title/Nombre y puesto del preparador

   **The employee must receive a signed copy of this form. The employer must keep the original for 6 years./El empleado debe recibir copia firmada de este formulario. El empleador debe conservar el original durante 6 años.**

   Please note: It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers./Tenga en cuenta lo siguiente: Es ilegal que a un empleado se le pague menos que a un empleado del sexo opuesto por el mismo trabajo. Los empleadores tampoco les pueden prohibir a los empleados que hablen de sus salarios con los compañeros de trabajo.

A-1

**Time Card Report for Cafe Delice**

Approvals:

Employee: JESUS MARTINEZ | Code: 1140 | Period: 4/23/2018 - 4/29/2018

| Date | In | Out | Deducted Time | Category | Hours | Hrs/day | Non-OT | OT | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Mon 4/23 | - | - | - | - | - | - | - | - | - |
| Tue 4/24 | - | - | - | - | - | - | - | - | - |
| Wed 4/25 | 7:00a | 11:14a | - | | 4.23 | ↓ | 4.23 | - | |
| | 11:43a | 3:01p | - | | 3.30 | 7.53 | 3.30 | - | |
| Thu 4/26 | 7:05a | 11:36a | - | | 4.52 | ↓ | 4.52 | - | |
| | 12:05p | 3:07p | - | | 3.03 | 7.55 | 3.03 | - | |
| Fri 4/27 | 7:01a | 11:22a | - | | 4.35 | ↓ | 4.35 | - | |
| | 11:52a | 3:02p | - | | 3.17 | 7.52 | 3.17 | - | |
| Sat 4/28 | 7:03a | 1:00p | - | | 5.95 | ↓ | 5.95 | - | |
| | 1:32p | 6:00p | - | | 4.47 | 10.42 | 4.47 | - | |
| Sun 4/29 | 8:00a | 12:44p | - | | 4.73 | ↓ | 4.73 | - | |
| | 1:15p | 4:00p | - | | 2.75 | 7.48 | 2.25 | 0.50 | |

Total hours clocked for week of 4/23 to 4/29: 40.50

| Totals | | | | | 40.50 | 40.50 | 40.00 | 0.50 | $0.00 |

| | HOURS | ADDL PAY |
|---|---|---|
| Total Regular hours | 40.00 | $0.00 |
| Total Overtime hours | 0.50 | |
| TOTALS | 40.50 | $0.00 |

Employee's Rate of Pay - 13.00

Employee's O.T. Rate of Pay - 19.50

Tip $-

Weekly Gross Amount - 543

Meal Break-

Total Hours- 40.50

CASH $ 530
LETRA/IZA 13
543

I certify the above informations are correct.

Employee Signature below.

Page 1 of 2

A-2

**Time Card Report for Cafe Delice**

Approvals:

Employee: JESUS MARTINEZ | Code: 1140 | Period: 4/30/2018 - 5/6/2018

| Date | In | Out | Deducted Time | Category | Hours | Hrs/day | Amount |
|---|---|---|---|---|---|---|---|
| Mon 4/30 | 7:05a | 12:11p | - | | 5.10 | ↓ | |
| | 12:40p | 3:01p | - | | 2.35 | 7.45 | |
| Tue 5/1 | 7:01a | 12:02p | - | | 5.02 | ↓ | |
| | 12:33p | 3:04p | - | | 2.52 | 7.54 | |
| Wed 5/2 | 7:00a | 11:56a | - | | 4.93 | ↓ | |
| | 12:25p | 3:00p | - | | 2.58 | 7.51 | |
| Thu 5/3 | 7:07a | 12:13p | - | | 5.10 | ↓ | |
| | 12:45p | 3:10p | - | | 2.42 | 7.52 | |
| Fri 5/4 | 7:02a | 12:17p | - | | 5.25 | ↓ | |
| | 12:47p | 3:05p | - | | 2.30 | 7.55 | |
| Sat 5/5 | - | - | - | | - | - | |
| Sun 5/6 | - | - | - | | - | - | |
| | | | Total hours clocked for week of 4/30 to 5/6: 37.57 | | | | |
| Totals | | | | | 37.57 | 37.57 | $0.00 |

| | HOURS | ADDL PAY |
|---|---|---|
| Total Regular hours | 37.57 | $0.00 |
| TOTALS | 37.57 | $0.00 |

Employee's Rate of Pay - 13.00

Employee's O.T. Rate of Pay - 19.50

Tip $- 8

Weekly Gross Amount - 496

Meal Break- 

Total Hours- 37.57

I certify that the above information is correct.

Employee Signature below.

CASH $488
TIP $ 8
496

Page 1 of 2

A-3

**Time Card Report for Cafe Delice**

Approvals:

Employee: JESUS MARTINEZ | Code: 1140 | Period: 5/7/2018 - 5/13/2018

| Date | In | Out | Deducted Time | Category | Hours | Hrs/day | Amount |
|---|---|---|---|---|---|---|---|
| Mon 5/7 | 7:00a | 11:04a | - | | 4.07 | ↓ | |
| | 11:35a | 3:02p | - | | 3.45 | 7.52 | |
| Tue 5/8 | 7:02a | 11:11a | - | | 4.15 | ↓ | |
| | 11:40a | 3:01p | - | | 3.35 | 7.50 | |
| Wed 5/9 | 7:00a | 1:56p | - | | 6.93 | ↓ | |
| | 2:29p | 3:28p | - | | 0.98 | 7.91 | |
| Thu 5/10 | 7:01a | 12:54p | - | | 5.88 | ↓ | |
| | 1:25p | 3:02p | - | | 1.62 | 7.50 | |
| Fri 5/11 | 7:00a | 11:39a | - | | 4.65 | ↓ | |
| | 12:10p | 3:00p | - | | 2.83 | 7.48 | |
| Sat 5/12 | - | - | - | | - | - | |
| Sun 5/13 | - | - | - | | - | - | |
| | | | Total hours clocked for week of 5/7 to 5/13: 37.91 | | | | |
| Totals | | | | | 37.91 | 37.91 | $0.00 |
| | | | | | | HOURS | ADDL PAY |
| | | | | Total Regular hours | | 37.91 | $0.00 |
| | | | | TOTALS | | 37.91 | $0.00 |

Employee's Rate of Pay - 13.00

Employee's O.T. Rate of Pay - 19.50

Tip $- 8

Weekly Gross Amount - 501

Meal Break-_____

Total Hours- 37.91

CASH $ 493
TIP $   8
      ___
      501

I certify that the above information is correct.

Employee Signature below.

Page 1 of 2

A-4

Time Card Report for Cafe Delice

Approvals:

Employee: JESUS MARTINEZ | Code: 1140 | Period: 5/14/2018 - 5/20/2018

| Date | In | Out | Special Time | Category | Hours | Totals | Amount |
|---|---|---|---|---|---|---|---|
| Mon 5/14 | 7:01a | 11:56a | | | 4.58 | | |
| | 12:05p | 3:00p | | | 2.92 | 7.50 | |
| Tue 5/15 | 7:07a | 11:48a | | | 4.68 | | |
| | 12:19p | 3:03p | | | 2.73 | 7.41 | |
| Wed 5/16 | 7:04a | 12:10p | | | 5.10 | | |
| | 12:40p | 3:05p | | | 2.38 | 7.48 | |
| Thu 5/17 | 7:11a | 11:40a | | | 4.48 | | |
| | 12:11p | 3:06p | | | 2.97 | 7.45 | |
| Fri 5/18 | 7:00a | 11:22a | | | 4.37 | | |
| | 11:55a | 3:13p | | | 3.30 | 7.67 | |
| Sat 5/19 | | | | | | | |
| Sun 5/20 | | | | | | | |
| Totals | | | Total hours clocked for week of 5/14 to 5/20: 37.51 | | 37.51 | 37.51 | $0.00 |
| | | | | | Total Regular hours | 37.51 | $0.0 |
| | | | | | TOTALS | 37.51 | $0.0 |

Employee's Rate of Pay - 13.00

Employee's O.T. Rate of Pay - 19.50

Tip $: _____

Weekly Gross Amount - 488

Meal Break - _____

Total Hours - 37.51

I certify that the above information is correct.

Employee Signature below.

Jesus Martinez
Worked 40 hrs × 13⁰⁰
      -37½
      Pd 488

## Time Card Report for Cafe Delice

Approvals:

Employee: JESUS MARTINEZ | Code: 1140 | Period: 5/21/2018 - 5/27/2018

| Date | In | Out | Deducted Time | Category | Hours | Hrs/day | Amount |
|---|---|---|---|---|---|---|---|
| Mon 5/21 | 7:04a | 11:39a | - | | 4.58 | ↓ | |
| | 12:10p | 3:04p | - | | 2.90 | 7.48 | |
| Tue 5/22 | 7:02a | 11:12a | - | | 4.17 | ↓ | |
| | 11:43a | 2:58p | - | | 3.25 | 7.42 | |
| Wed 5/23 | 7:01a | 11:40a | - | | 4.65 | ↓ | |
| | 12:10p | 3:02p | - | | 2.87 | 7.52 | |
| Thu 5/24 | 7:00a | 11:21a | - | | 4.35 | ↓ | |
| | 11:52a | 3:01p | - | | 3.15 | 7.50 | |
| Fri 5/25 | 7:02a | 11:34a | - | | 4.53 | ↓ | |
| | 12:05p | 3:06p | - | | 3.02 | 7.55 | |
| Sat 5/26 | - | - | | | - | - | |
| Sun 5/27 | - | - | | | - | - | |
| | | | Total hours clocked for week of 5/21 to 5/27: 37.47 | | | | |
| Totals | | | | | 37.47 | 37.47 | $0.00 |

| | HOURS | ADDL PAY |
|---|---|---|
| Total Regular hours | 37.47 | $0.00 |
| TOTALS | 37.47 | $0.00 |

Employee's Rate of Pay - 13.00

Employee's O.T. Rate of Pay - 19.50

Tip $- _____

Weekly Gross Amount - 487

Meal Break- _____

Total Hours- 37.47

I certify the above informations are correct.

Employee Signature below.

Page 1 of 2

A-7