# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
frank@csm-legal.com

January 9, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> The request is granted. The conference currently scheduled for January 12, 2023 is adjourned until January 24, 2023 at 2:30 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. The parties shall file their proposed case management plan by January 19, 2023.
>
> SO ORDERED.
> Date: January 11, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:　　Martinez Gomez et al v. Dunes Food Group, Inc. et al
　　　　Case No: 21-Civ-08051 (JPC)

Your Honor:

　　　This office represents Plaintiff in the above-referenced matter. I write, with consent of Defendants and in accordance with Your Honor's Individual Motion Practice Rules, to respectfully request an adjournment of the conference currently scheduled for January 12, 2023 at 10:30AM, and for additional time to file a proposed case management plan and scheduling order. This is Plaintiff's first request for adjournment.

　　　I make this request because I am the attorney that would be serving as principal trial counsel, and am currently out of town for the week. Defendants' attorney has informed me that he is unavailable January 19, 2023, January 20, 2023, and January 23, 2023. I am also unavailable January 18, 2023 due to a mediation. As such, we respectfully request the new conference date be scheduled in January at a time convenient for this Court, excluding the dates counsel is unavailable, and the deadline to submit a proposed case management plan and scheduling order be extended to the day before the newly scheduled conference date.

　　　We thank this Honorable Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Frank Palermo
　　　　　　　　　　　　　　　　　　　　　　　　Frank J Palermo
　　　　　　　　　　　　　　　　　　　　　　　　CSM Legal
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

cc:　　All Counsel (via ECF)