UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JESUS MARTINEZ GOMEZ, *individually and on behalf of others similarly situated,*

                     *Plaintiff,*

-against-

TAH FOOD GROUP, INC (F/K/A DUNES FOOD GROUP, INC.) (F/D/B/A DELICE CAFE AND CATERING F/D/B/A LIBERTY DELI), and AKBARALI B HIMANI,

                     *Defendants.*
-----------------------------------------------------------X

1:21-cv-08051

**[PROPOSED] JUDGMENT**

      On January 18, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

      That the Plaintiff, JESUS MARTINEZ GOMEZ, has judgment against TAH FOOD GROUP, INC (F/K/A DUNES FOOD GROUP, INC.) (F/D/B/A DELICE CAFE AND CATERING F/D/B/A LIBERTY DELI), and AKBARALI B HIMANI, jointly and severally, in the amount of One Thousand Six Hundred Dollars and No Cents ($1,600.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                        _____
                                        Judge John P. Cronan
                                        UNITED STATES DISTRICT JUDGE