**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JESUS MARTINEZ GOMEZ, *individually and on*
*behalf of others similarly situated,*

                   *Plaintiff,*

-against-

TAH FOOD GROUP, INC (F/K/A DUNES FOOD
GROUP, INC.) (F/D/B/A DELICE CAFE AND
CATERING F/D/B/A LIBERTY DELI), and
AKBARALI B HIMANI,

                 *Defendants.*
------------------------------------------------------------X

**21 Civ. 08051**

**JUDGMENT**

     On January 18, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

     **NOW**, it is hereby **ORDERED**, **ADJUDGED AND DECREED** as follows:

     That the Plaintiff, JESUS MARTINEZ GOMEZ, has judgment against TAH FOOD GROUP, INC (F/K/A DUNES FOOD GROUP, INC.) (F/D/B/A DELICE CAFE AND CATERING F/D/B/A LIBERTY DELI), and AKBARALI B HIMANI, jointly and severally, in the amount of One Thousand Six Hundred Dollars and No Cents ($1,600.00), which is inclusive of attorneys' fees and costs.

Dated: January 19, 2023

_____
     Judge John P. Cronan
     UNITED STATES DISTRICT JUDGE